# EXHABIT C

To put Exhabit " C" into perspective.... Ms. Angie Richie is a MUTUAL friend who has known Amanda Mitchell since she was six (6) years old. Her daughter, Shayla, and Amanda were best friends until the accident on August 9, 2016. Apparently immediately after the accident Plaintiff un-frie friend EVERYONE we both knew thus allowing her to give any and everyone of her "NEW" friends any version of our relationship/marriage that suited HER purpose. AGAIN FOR THE RECOED.....MY FOUUS IS NOT AND HAS NOT BEEN ABOUT THE PLAINTIFF FOR QUITE SOME TIME NOW.  WERE IT NOT FOR THE FACT THAT IN ORDER TO GIVE THE THINGS I HAVE BEEN CONSISTENTLY SAYING FOR THE LAST FIVE YEARS CREDIBLITY, I WOULDNT EVEN MENTION THE PLAINTIFF. MY SOLE FOCUS AND CONCERN IS BEING IN MY SONS LIFE AND BEING A STEADY INFLUENCE FOR HIM AND ON HIM.

GARY MITCHELL 382510 RMI Lock:J-1022BOTO  ID:874162829 [P 1/1]



**You have received a jpay letter, the fastest way to get mail**

From : Angela Richie, CustomerID: 19761761
To   : GARY MITCHELL, ID: 382510
Date : 7/8/2020 10:56:36 AM EST,   Letter ID: 874162829
Location : RMI
Housing : J-1022BOTO

good morning , I'm sorry to lay shit out like I did yesterday but that's just the way I see things. You were her ticket out in the beginning, then she decided to try playing house with mommy daddy and baby makes three so she had a baby and when that wasn't exactly what she was looking for either so she went on to trying on the young single mommy role it seems. I haven't had contact with her since you went down so idk how that's working out or if she's moved on to something else or what. as far as the bleeding thing gos no you don't always bleed that's like a old wife's tale. when you get out you are going to have to SHARE CUSTODY do everything the legal road even if that requires you to be a weekend dad only that's fine because some day lil Gary will be old enough to state when he wants more time with you and hey even if that doesn't happen you be the best God damn weekend dad out there because as long as you're doing your best to stay in touch with him he will remember that someday. ♥k

**jpay** Tell your friends and family to visit www.jpay.com to write letters and send money!



**You have received a jpay letter, the fastest way to get mail**

From : Angela Richie, CustomerID: 19761761
To   : GARY MITCHELL, ID: 382510
Date : 7/7/2020 10:09:40 AM EST,    Letter ID: 873235153
Location : RMI
Housing : J-1022BOTO

good morning my friend, man I hate to complain because 100% first world problems no doubt but God damn this HEAT is making me grouchy! weeks straight of 90 plus humidity ugh my poor toes look like SAUSAGES my feet swell in this shit. as always I try to keep my thoughts to things could be worse but sometimes just gotta bitch I guess. I am almost positive Amanda on your mind is strictly from the way things happened so damn fast and haveing no closure in the situation. you guys never had a chance to come to a conclusion. I also feel that with the way things turned out she is now going to rewrite her history in her head anyway she sees fit and make YOU the reason anything didn't go as planned in her life. I have no facts to base this on as like I said she wrote me off years ago but I can just tell you will be a easy excuse for her from now on out for anything wrong with her CURRENT life ... deadend job , bills stacking up, haveing to struggle pay a babysitter, any deadend relationship WHATEVER will be so easy for her to lay blame at your feet for those things as well. since your locked away with no contact she can change history to fit whatever narrative she wants to tell and as time goes by she will come to believe whatever that narrative is. i don't mean this to come out the wrong way but let's just say I get the impression that playing the victim is something she does well and HAS been doing for a very very long time, BEFORE you came along even you know ? well shit I don't want this to be such a downer let's see ... oh yeah you mentioned playing piano before church that's awesome at least you get a few moments are you able to play it during service as well? maybe you can get in good with the pastor ( father? Padre ? ) and come in early to help set up or stay late to help and get a few more minutes? or see if you and start up a gospel choir or something I  m any music better than none and how can they say no to gospel ?? break out some Ray Charles , Areatha Franklin vibes !! I've never done any time harder than county so not sure how things work  is it kind of the same with all your weight and bargaining wrapped up in commensarry ? do you guys get to smoke there ? do they have tobacco or at least those vape things that are all the rage now ? well I'll send this out now ♥k

jpay Tell your friends and family to visit www.jpay.com to write letters and send money!



GARY MITCHELL 382510 RMI Lock:J-1022BOTO ID:873276057 [P 1/1]

**You have received a jpay letter, the fastest way to get mail**

From : Angela Richie, CustomerID: 19761761
To   : GARY MITCHELL, ID: 382510
Date : 7/7/2020 11:13:03 AM EST,   Letter ID: 873276057
Location : RMI
Housing : J-1022BOTO

\*  one more quick note before I gotta go out in this soupy mess to Kroger, ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ you were right she would of had it made I don't know what the reasoning to rewrite history holds other than maybe guilt . so she's feeling bad about shit so her only excuse is to blame you. feels bad about not seeing her parents back in the day well it wasn't her choice it was because YOU wouldn't let her or something like that basically the only way to rewrite history to explain away why she didn't leave you sooner understand ?? ok here's something to chew on for a moment ok think of this way when she came to you it was what horrible people her parents were right ? like she was messed up because of them so help me Gary am I right ? she wrote her history when she wasn't with her parents to include bad parents to explain away any bad behavior on her part and gain your sympathy.... next phase of her life  and she's been with you few years   but it's still not right exactly so let's change it up but is SHE to blame for any of it ?? hell no she's never to blame it has to be HIS fault he must of been evil incarnate to make her do such BAD SHIT ! poor poor victim she is . now don't get me wrong I don't want to speak bad but its just an opinion observation on my part ya know ? ♥Y

\* Profanity Redacted To Respect The Court

**jpay** Tell your friends and family to visit www.jpay.com to write letters and send money!

STATE OF MICHIGAN
WASHTENAW COUNTY TRIAL COURT

AMANDA MITCHELL,
        PLAINTIFF

v.

GARY MITCHELL,
        DEFENDANT

CASE #: 16-2321-DM

HON. DARLENE A. O'BRIEN

## ORDER DENYING DEFENDANT'S MOTION FOR PARENTING TIME

Ann Arbor, Michigan
Date: December 20, 2021

Washtenaw County
Trial Court
DEC 21 2021

Before the court is defendant Gary Mitchell's motion for additional parenting time. The court dispenses with oral argument pursuant to MCR 2.119(E).

THE COURT FINDS:

Defendant alleges that four years have elapsed since he has had contact with the parties' minor child, and that enough time has passed to reevaluate defendant's parenting time to allow him to have contact the child facilitated by Ms. Mitchell.

Defendant's motion fails to allege sufficient change in circumstances or proper cause to revisit the issue of parenting time. MCL 722.27; see also Shade v Wright, 291 Mich App 17, 805 NW2d 1 (2010). Defendant's conduct toward the plaintiff, the victim of the criminal behavior which resulted in his incarceration,[1] brought about the current parenting time restrictions. The court notes that the judgment of divorce provided for contact between Mr. Mitchell and the parties' child. Mr. Mitchell, however, abused that provision, resulting in the current court order. His current motion does nothing to persuade the court that similar harassing behavior would not resume should the court reinstate contact.

---

[1] The court takes judicial notice of defendant's earliest MDOC outdate per OTIS, August 8, 2047.

Plaintiff alleges that Mr. Mitchell's continued legal actions are harassing, demonstrating that his demeanor has not changed since the last order. Plaintiff asks again for defendant to be required to post a surety bond. The court declines to require a surety bond at this time. However, defendant's motion for parenting time is denied.

IT IS SO ORDERED.

HON. DARLENE A. O'BRIEN (P33182)
Trial Court Judge

PROOF OF SERVICE
The undersigned certifies that the foregoing instrument was served upon the following on 12-__, 2021:
___ all parties ___ all attorneys of record
___ plaintiff ___ defendant
✓ plaintiff's attorney ___ defendant's attorney
by: X 1st Class U.S. Mail at addresses disclosed on the pleadings
___ Hand Delivered@courthouse
___ Fax ___ Interoffice ✓ email
Signature: _AES_

2